EOD AUG 2 8 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT
00 AUG 28 AM 10: 15
TX EASTERN-BEAUMONT
BY_____

| | | |
|---|---|---|
| VICTOR SALDANO | § | |
| VS. | § | CIVIL ACTION NO. 1:99cv821 |
| DIRECTOR, TDCJ-ID | § | |

## FINAL JUDGMENT

In accordance with the attached memorandum opinion adopting the magistrate judge's Report and Recommendation, it is

**ORDERED** that the above-styled petition for writ of habeas corpus is **DISMISSED** without prejudice. This action will not count as a previously filed petition for writ of habeas corpus to challenge the present conviction. All pending motions not previously ruled upon are **DENIED.**

**SIGNED** this 27th day of August, 2000.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE